THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELIZABETH ALTENKIRCH, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL LIVOTE, Appellant.— Judgment of conviction of the Court of Special Sessions

affirmed. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.